IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN  DISTRICT OF TEXAS
MARSHALL  DIVISION

**CRYSTAL POLK**

**vs.**                                                              **CIVIL ACTION:**
                                                                     **JURY REQUESTED**

**CAPROCK HEALTH CARE, INC. D/B/A
ATHENS HEALTHCARE AND  REHABILITATION**

PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**INTRODUCTION**

1.  Plaintiff, CRYSTAL POLK  files this action seeking recovery of unpaid wages and overtime wages for herself, that are required to be paid under the Fair Labor Standards Act ("FLSA") 29 U.S .. C. § 201 *et seq.* Plaintiff alleges that she did not receive her wages or overtime pay for all hours worked in excess of forty ( 40) hours per workweek. Specifically, Defendant  failed to account for and pay Plaintiff, for all time spent where she was engaged in  activities that were integral and indispensable to the principal activities being performed by Plaintiff  by working through their lunch hour,  off the clock time, and failure to pay for all time worked.    Plaintiff seeks unpaid regular and overtime wages, liquidated damages, attorney's fees, and litigation expenses/costs, including expert witness fees and expenses.

**PARTIES**

2.    The named Plaintiff, Crystal Polk was an employee  of the Defendant.  The Plaintiff  brings this action to recover unpaid compensation due her.

**PLAINTIFF'S COMPLAINT**
**Page 1**

3.   The Defendant,  CAPROCK HEALTH CARE, INC. D/B/A ATHENS HEALTHCARE AND  REHABILITATION does business in the State of Texas.  Defendant  CAPROCK HEALTH CARE, INC. D/B/A ATHENS HEALTHCARE AND  REHABILITATION does business in the Eastern District of Texas and can be served through its registered agent,   Allan W. Chalberg, 13310 Highway 290 West, Suite 103, Austin, Texas 78737.

At all times relevant to this lawsuit, the Defendant has employed and continues to employ a substantial number of employees in non-exempt work.   Defendant's business operation in Henderson County, Texas, is, at present, and was at all times relevant to this lawsuit, engaged in the performance of related activities through unified operation or common control for a common business purpose and is an enterprise within the meaning of 29 U.S.C. §213(s)(6).

## JURISDICTION

4.    Jurisdiction is conferred upon this Court by 28 U.S.C. §1331, 29 U.S.C. §216(b) and 28 U.S.C. § 1337.  This action arises under the Fair Labor Standards Act of 1938, 29 U.S.C. §201, et seq.

## FACTS

5.   Defendant CAPROCK HEALTH CARE, INC. D/B/A ATHENS HEALTHCARE AND REHABILITATION,  is an employer and enterprise as those terms are defined by the FLSA.

6.   At all times relevant hereto, Defendant has been an enterprise engaged in commerce and/or in the production of goods for commerce, as those terms are defined by the FLSA.

7.   At all times relevant hereto, Defendant has been an employer subject to the wage and hour provisions of the FLSA.

8.   Defendant has repeatedly and willfully violated, and continues to willfully violate, Sections 6 and 7 of the FLSA by failing to pay Plaintiff and other similarly situated employees, or former employees, for the hours worked by such employees, by failing to pay Plaintiff for hours in excess of forty (40) hours per week at a rate not less than one and one-half times the regular hourly rate of pay at which such employees are compensated ("overtime")   29 U.S.C. §206, 29 U.S.C. §207.   Plaintiff worked  through her lunch hour, off the clock, and failure to pay for all time worked with the knowledge of Defendant, for which Plaintiff was not paid wages.  Due to the extremely heavy workload placed on Plaintiff and others by the Defendants, plaintiff was often required to work through her lunch hours, off the clock time,  and overtime.

9.   Plaintiff was employed in a position which is not exempt from the requirement that she be compensated for her hours of work by the payment of straight time and overtime.  Defendant has repeatedly and consistently failed to pay Plaintiff her overtime wages, which is an integral and indispensable to her principal activities in her continuous workday.

10  The payments are not proper  and do include any pay for which Plaintiff worked through her lunch hour, off the clock time, and overtime hours.

11.   The evidence at trial will show that Plaintiff and others were not paid for all hours worked.

12.  Plaintiffs believe, and there, allege that the failure of Defendant  to pay overtime Plaintiff for overtime pay was intentional.


## REQUESTED RELIEF

13.  Plaintiff has suffered and continues to suffer damages as a result of the Defendant's failure

and refusal to pay proper compensation, as shown above, because of the Defendant's continued

violations of the FLSA.  Plaintiff is entitled to judgment granting her damages in the amount of

the difference between the partial wages actually received by the Plaintiff and the full wages she

is entitled to recover under the law, including all uncompensated overtime wages for hours

worked for any activity that is integral and indispensable to the principal activities.

14.   Plaintiff, in addition for her claim for actual damages, seek injunctive relief from the Court

to prevent future violations of the FLSA, as alleged herein.

## JURY DEMAND

15.  Plaintiffs  requests a jury trial.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that judgment be granted:

1. Ordering the Defendant to pay the Plaintiff  compensation due as a result of

Defendant's violation of the FLSA;

2. Ordering Defendant to pay the Plaintiff liquidated damages;

3. Granting injunctive relief by ordering Defendant to comply with the requirements of

the FSLA.

4. Ordering Defendant to pay Plaintiff's costs of court in this action;

5. Ordering Defendant to pay Plaintiff's reasonable attorney fees and litigation

expenses/costs, including expert fees and expenses; and

6. Providing such other and further relief as is just and necessary.

**PLAINTIFF'S COMPLAINT**
**Page 4**

Respectfully submitted,

_/S/_____
Bob Whitehurst
State Bar No. 21358100
Bob Whitehurst
5380 Old Bullard Road
Suite 600, #363
Tyler, Texas 75703
(903)593-5588
Attorney for Plaintiff

**PLAINTIFF'S COMPLAINT**
**Page 5**