IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CRYSTAL POLK, <br> KRISTINA DAVIS, <br> ANGELA KOONCE, <br> <br> Plaintiffs, <br> <br> v. <br> <br> CAPROCK HEALTH CARE, INC. and ATHENS HEALTHCARE AND REHABILITATION, CYPRESS HEALTHCARE, INC., JOE BUTLER, WALTER SCOTT, KRISTIN BARCHMAN, GIBBS ANNE DIXON FISHER A/K/A GIBBS ANNE FISHER IN HER CAPACITY AS INDEPENDENT EXECUTOR OF THE ESTATE OF EMERY ROY FISHER, and ALLAN CHALBERG <br> <br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § <br> <br> CIVIL ACTION NO. 6:17-cv-00641-RWS |

## FINAL JUDGMENT

Before the Court is the above-entitled and styled cause of action.  Plaintiffs Crystal Polk, Kristina Davis, and Angela Koonce filed this action on July 22, 2017.  *See* Docket No. 1.  Thereafter, the Defendants filed their Answer.  *See* Docket No. 4.  On June 27, 2018, the parties filed a Joint Motion to Dismiss with prejudice. Docket No. 56.  Accordingly, pursuant to Federal Rule of Civil Procedure 41, the Court **DISMISSES WITH PREJUDICE** all of the claims asserted or that could have been asserted in the above-entitled lawsuit, and the Court enters this Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Further, this Court retains jurisdiction of this case regarding any and all settlement agreements, and to take any action necessary or appropriate for its enforcement, interpretation, execution, modification or adjudication of disputes.

**IT IS ORDERED** that the case is hereby **DISMISSED WITH PREJUDICE.**

**IT IS ORDERED** this Court retains jurisdiction of this case regarding any and all settlement agreements, and to take any action necessary or appropriate for its enforcement, interpretation, execution, modification or adjudication of disputes.

**IT IS FURTHER ORDERED** that the parties shall bear their own attorneys' fees and court costs.

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED**.

All motions by either party not previously ruled on are **DENIED**.

The Clerk of the Court is directed to close the case.

**SIGNED this 29th day of June, 2018.**

                                              ROBERT W. SCHROEDER III
                                              UNITED STATES DISTRICT JUDGE